## A13A1671. ESHLEMAN v. KEY et al.
### (776 SE2d 670)

PHIPPS, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court of Georgia in *Eshleman v. Key*, 297 Ga. 364 (774 SE2d 96) (2015), our decision in *Eshleman v. Key*, 326 Ga. App. 883 (755 SE2d 926) (2014), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Ellington, P. J., and Branch, J., concur.*

DECIDED AUGUST 21, 2015.

*Hall Booth Smith, James H. Fisher II, Denise W. Spitalnick, Christopher J. Watkins, Duane D. Pritchett, Kendric E. Smith*, for appellant.

*Andrew W. Jones, M. Chase Swanson*, for appellees.